**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                          Chapter 7
                                                                                               Bankruptcy No. 22-31881
Matthew Fred Whebbe,

     Debtor.

---

**APPLICATION FOR EMPLOYMENT**
**OF AGENT, APPRAISER, AUCTIONEER OR COLLECTION AGENT**

---

     Mary Jo A. Jensen-Carter, the trustee of the estate of the above-named debtors hereby applies for approval of the employment of Dailey Realty & Auction Service, 304 Belgrade Avenue, North Mankato, MN 56003 as auctioneer to sell the following property:

- 2019 Lincoln Navigator

**The terms and conditions of compensation are as follows:**
Commission Fee is 15% of the sale price of the property, plus pick up charges of $350.00.

     Said professional has disclosed to the undersigned that he/she has the following connections with the debtor(s), creditors, and other parties in interest: N/A


Dated: December 7, 2022                             /e/ Mary Jo A. Jensen-Carter
                                                           Mary Jo A. Jensen-Carter, Trustee
                                                           1257 Gun Club Road
                                                           White Bear Lake, MN 55110
                                                           (651) 486-7475

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 |
| | Bankruptcy No. 22-31881 |
| Matthew Fred Whebbe, | |
| | **VERIFIED STATEMENT** |
| Debtor. | **OF PROPOSED AGENT** |

Jay Dailey of Dailey Realty & Auction Service submits the following verified statement in connection with the proposed employment as auctioneer for the trustee in the above captioned matter as follows:

1. He and/or his company have the following connections with the following parties (all answers are NONE unless otherwise indicated):

    a. The debtor: _____

    b. Creditors: _____
    _____

    c. Any other party in interest, their respective attorneys and accountants:
    _____

    d. The United States Trustee or any person employed in the office of the United States Trustee: _____

2. That he and his company are not a creditor, equity security holder, or insider of the debtor; are not and were not an investment banker for any outstanding security of theirs; are not and have not been within three years before the date of the filing of the petition an investment banker for security of the debtor or any attorney for such an investment banker in connection with the offer, sale or issuance of the security of the debtor; are not and were not within two years prior to the date of the filing of the petition, a director,

officer, or employee of the debtor or of an investment banker specified above; and do not have an interest materially adverse to the interest of the estate or any class of creditor or equity security holders by reason of any direct or indirect relationship to or connection with or interest in the debtor or an investment banker specified above or for any other reason.

3. That there are no agreements with the debtor or any other person for the division of any fees which may be allowed pursuant to this Application which division is prohibited by 11 U.S.C. Section 504.

I, Jay Dailey of Dailey Realty & Auction Service, declare under penalty of perjury that I have read the foregoing Verified Statement of Proposed Agent and that it is true and correct to the best of my knowledge, information and belief.

Dated: December __th, 2022

Jay Dailey
Dailey Realty & Auction Service
304 Belgrade Avenue
North Mankato, MN 56003
(507) 625-5400

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 |
| | Bankruptcy No. 22-31881 |
| Matthew Fred Whebbe, | |
| Debtor. | |

### UNSWORN CERTIFICATE OF SERVICE

    I, Cassandra Jo Warner, declare under penalty of perjury that on December 8, 2022, I served copies of the attached **Application for Approval of Employment of Auctioneer, Verified Statement of Proposed Auctioneer and proposed Order** upon the following individuals by e-mail:

Office of the U.S. Trustee
email: USTPRegion12.MN.ECF@usdoj.gov

| | |
|---|---|
| Dated: December 8, 2022 | Signed: /e/ Cassandra Jo Warner |
| |     Cassandra Jo Warner |
| |     Buckley & Jensen |
| |     1257 Gun Club Road |
| |     White Bear Lake, MN 55110 |
| |     (651) 486-7475 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Matthew Fred Whebbe,

    Debtor.

Chapter 7
Bankruptcy No. 22-31881

# ORDER

The trustee's application to approve the employment of Dailey Realty & Auction Service as the trustee's auctioneer came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved

Dated:

_____
Katherine A. Constantine
United States Bankruptcy Judge