## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:  Bankruptcy No. 22-31881
        Chapter 7 Case

Matthew Fred Whebbe,

    Debtor.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT

TO: THE COURT:

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an Accountant is necessary to represent or assist trustee in carrying out the trustee's duties as follows:

   To evaluate the tax consequences of various transactions, to prepare the necessary tax returns for the estate, and to perform any and all other accounting services necessary to the administration of the estate.

3. Gatlin & Company, Ltd., 1650 West End Blvd, Suite 100, Minneapolis, Minnesota 55416, are Accountants and qualify by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows: $300.00 per hour for Carrol J. Gatlin, CPA/ABV, MST, CVA, CGMA, and normal rates for other associates and assistants. Reimbursement of reasonable and necessary expense incurred.

5. Said professional has disclosed to the undersigned that they have the following connections with the Debtor(s), creditors or other party-in-interest: None.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

Dated: December 12, 2022                  /e/ Mary Jo A. Jensen-Carter
                                                           Mary Jo A. Jensen-Carter, Trustee

## 2014(a) RULE VERIFICATION

I, Carrol J. Gatlin, the proposed professional named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: _____            _____
                                                                                            Cheryl G. Wesler

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

In Re:

Matthew Fred Whebbe,

    Debtor

Bankruptcy No. 22-31881
Chapter 7 Case

**VERIFIED STATEMENT OF
PROPOSED ACCOUNTANT**

    Carrol J. Gatlin, CPA/ABV, MST, CVA, CGMA, submits the following verified statement in connection with the proposed employment as accountants for the trustee in the above captioned matter as follows:

1. She and/or members of her accounting firm have the following connections with the following parties (all answers are NONE unless otherwise indicated):

   a. The debtor: _____None_____

   b. Creditors: _____None_____

   c. Any other party in interest, their respective attorneys and accountants: _____None_____

   d. The United States Trustee or any person employed in the office of the United States Trustee: _____None_____

2. That no member of applicant's accounting firm is a creditor, equity security holder, or insider of the debtor; is not and was not an investment banker for any outstanding security of theirs; is not and has not been within three years before the date of the

filing of the petition an investment banker for security of the debtor or any accountant for such an investment banker in connection with the offer, sale or issuance of the security of the debtor; is not and was not within two years prior to the date of the filing of the petition, a director, officer, or employee of the debtor or of an investment banker specified above; and does not have an interest materially adverse the to interest of the estate or any class of creditor or equity security holders by reason of any direct or indirect relationship to or connection with or interest in the debtor or an investment banker specified above or for any other reason.

3. That there are no agreements with the debtor or any other person for the division of any fees which may be allowed pursuant to this Application which division is prohibited by 11 U.S.C. Section 504.

I, Carrol J. Gatlin, CPA/ABV, MST, CVA, CGMA, declare under penalty of perjury that I have read the foregoing Verified Statement of Proposed Accountant and that it is true and correct to the best of my knowledge, information and belief.

Dated: 12/13/22

Carrol J. Gatlin, CPA/ABV, MST, CVA, CGMA
Gatlin & Company, Ltd.
1650 West End Blvd, Suite 100
Minneapolis, MN 55416
(612) 875-8481

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

In Re:                                                                                Case No. 22-31881

Matthew Fred Whebbe,

      Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

---

       I, Cassandra Jo Warner, declare under penalty of perjury that on December 19, 2022, I served copies of the attached **Application for Approval of Employment of Accountant, Verified Statement of Proposed Accountant and proposed Order** upon the following individuals by e-mail:

Office of the U.S. Trustee
Email: USTPRegion12.MN.ECF@usdoj.gov


Dated: December 19, 2022                                /e/ Cassandra Jo Warner
                                                                           Cassandra Jo Warner
                                                                           Buckley & Jensen
                                                                           1257 Gun Club Road
                                                                           White Bear Lake, MN 55110

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Matthew Fred Whebbe,

    Debtor.

Chapter 7
Bankruptcy No. 22-31881

## ORDER APPROVING EMPLOYMENT OF ACCOUNTANT

The trustee's application to approve the employment of Gatlin & Company, Ltd. as the trustee's accountant came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved

Dated:

_____
Katherine A. Constantine
United States Bankruptcy Judge