UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7
 Bankruptcy No. 22-31881
Matthew Fred Whebbe,

    Debtor.

**ORDER**

The trustee's application to approve the employment of Woodworth Commercial, LLC as the trustee's real estate agent came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved

Dated: *March 13, 2023*

        /e/ Katherine A. Constantine
        Katherine A. Constantine
        United States Bankruptcy Judge